# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**MICHELLE RYNNE**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 5, 2021

First Circuit Court
State of Hawaii
777 Punchbowl Street
Honolulu, Hawaii 96813

      Re:    Frank Trotta v. URS Federal Services, Inc.; Aecom; Jonathan Ujvary; Kim Vaovasa; and Doe Defendants 1-25

           First Circuit Court Case No.: 1CCV-20-0000998
           USDC Hawaii Case No.: CV 20-00340 JMS-KJM

Dear Clerk,

     Please be advised that on April 2, 2021, this case was remanded to the Circuit Court of the First Circuit, State of Hawaii. Enclosed is a certified copy of the **"ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT, ECF NO. 24**," filed as ECF 37; Plaintiff's Motion to Remand, filed October 23, 2020 as ECF 24; and the Docket Sheet.

                         Sincerely Yours,

                         MICHELLE RYNNE, CLERK

                         by: /s/ J.O., Deputy Clerk

cc:    (without enclosures):
       Andrew L. Pepper, Esq., via CM/ECF
       Rodney P. Bridgers, Jr., Esq., via CM/ECF
       Nicole K. Hudspeth, Esq., via CM/ECF

To Clerk's Office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____    By: _____